

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2015

No. 04-15-00234-CV

**IN THE INTEREST OF J.F.B.,** et al., Children,

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 13-10-0610-CVW
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is GRANTED. The Appellee's brief is due on August 27, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court